UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PALAMARYUK,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>JOHN KELLY, et al.,<br><br>　　　　　　　　Defendants. | Case No. C17-441-JLR-JPD<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR EXTENSION OF TIME |

The parties have filed a stipulated motion for a 30-day extension of time for defendants to answer or otherwise respond to the Complaint. Finding good cause, the Court GRANTS the parties' stipulated motion, Dkt. 11, and ORDERS defendants to respond to the Complaint by **June 21, 2017**. The Clerk is directed to send copies of this Order to the parties and to the Honorable James L. Robart.

Dated this 17th day of May, 2017.

　　　　　　　　　　　　　　　　／s／ James P. Donohue
　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER - 1