UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALAMARYUK,

            Plaintiff,

v.

JOHN KELLY, et al.,

            Defendants.

Case No. C17-441-JLR-JPD

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME

The parties have filed a stipulated motion agreeing to a 45-day extension of time for defendants to answer or otherwise respond to the amended complaint. Dkt. 15. Based on the parties' stipulation, the Court finds and ORDERS:

(1) The parties' stipulated motion, Dkt. 15, is GRANTED.

(2) Defendants shall answer or otherwise respond to plaintiff's amended complaint by August 17, 2017.

(3) If defendants file a motion to dismiss in lieu of an answer, they will note the motion for no earlier than September 15, 2017.

\\

\\

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1

(4)     The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 10th day of July, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 2