UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALAMARYUK,

        Plaintiff,

v.

ELAINE DUKE, et al.,[1]

        Defendants.

Case No. C17-441-JLR-JPD

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

The parties have filed a stipulated motion agreeing to an extension of time for defendants to answer or otherwise respond to the amended complaint. Dkt. 17. Based on the parties' stipulation, the Court finds and ORDERS:

(1) The parties' stipulated motion, Dkt. 17, is GRANTED.

(2) Defendants shall answer or otherwise respond to plaintiff's amended complaint by September 8, 2017.

\\

\\

---

[1] The Clerk is directed to SUBSTITUTE Elaine Duke, the new Acting Secretary of the Department of Homeland Security, in place of John Kelly. *See* Fed. R. Civ. P. 25(d).

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 10th day of August, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 2