UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALAMARYUK,

                Plaintiff,

    v.

ELAINE DUKE, et al.,

               Defendants.

Case No. C17-441-JLR-JPD

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME

The parties have filed a stipulated motion agreeing to an extension of time for defendants to answer or otherwise respond to the amended complaint. Dkt. 19. Based on the parties' stipulation, the Court finds and ORDERS:

(1) The parties' stipulated motion, Dkt. 19, is GRANTED.

(2) Defendants shall answer or otherwise respond to plaintiff's amended complaint by November 8, 2017.

\\

\\

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1

1. (3) The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 28th day of August, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 2