UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALAMARYUK,

          Plaintiff,

v.

ELAINE DUKE, et al.,

          Defendants.

Case No. C17-441-MJP-JPD

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

The parties have filed a stipulated motion agreeing to an extension of time for plaintiff to respond to defendants' motion to dismiss. Dkt. 23. Based on the parties' stipulation, the Court finds and ORDERS:

(1)     The parties' stipulated motion, Dkt. 23, is GRANTED.

(2)     Plaintiff shall respond to defendants' motion to dismiss by December 11, 2017.

(3)     The Clerk is directed to RE-NOTE the motion to dismiss for December 15, 2017.

(4)     Defendants may file a reply by December 15, 2017.

\\

\\

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1

(5) The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 16th day of November, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 2