UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PALAMARYUK,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSON,[1] Secretary of the United States Department of Homeland Security; THOMAS D. HOMAN, Acting Director, Immigration and Customs Enforcement and BRYAN WILCOX, Acting Field Office Director, Immigration and Customs Enforcement, Seattle Field Office,<br><br>Defendants. | CASE NO. C17-441-MJP-JPD<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION<br><br>Note on Motion Calendar:<br><br>February 5, 2018 |

## **JOINT STIPULATION**

The parties stipulate and agree that the parties may have a thirty-day extension to file any objections to the Report and Recommendation issued on January 17, 2018 (Dkt. #27). Pursuant to that Report and Recommendation, objections are due by February 7, 2018. If the extension were granted, the parties would file their objections by March 9, 2018.

---

[1] Kirstjen Nielson has been sworn in as Secretary of the United States Department of Homeland Security. Pursuant to Fed. R. Civ. P. 25(d), she is automatically substituted for Elaine Duke as the proper party in her official capacity.

1  Good cause exists for this extension.  The parties are attempting to resolve this matter without further involvement from the Court, thereby saving the parties' and the Court's resources.  The parties are attempting to agree on the appropriate accommodation to provide to plaintiff in light of his circumstances.   The parties need additional time to resolve that issue.  The parties are also working cooperatively to attempt to resolve the amount of attorney's fees plaintiff is due.  The parties seek to avoid the expenditure of additional time and government resources that would result if the parties must write and file their objections while simultaneously trying to resolve those matters.

Accordingly, the parties request an extension until March 9, 2018 to file any objections to the Report and Recommendation.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

| | | |
|---|---|---|
| 1 | Dated this 5th day of February, 2018. | Dated this 5th day of February, 2018. |
| 2 | SUNBIRD LAW, PLLC | ANNETTE L. HAYES<br>United States Attorney |
| 3 | *s/ Devin T. Theriot-Orr* | *s/ Sarah K. Morehead* |
| 4 | Devin T. Theriot-Orr, WSBA 33995<br>1000 Fourth Ave., Suite 3200 | SARAH K. MOREHEAD, WSBA No. 29680 |
| 5 | Seattle, WA 98154<br>Phone: (206) 962-5052 | Assistant United States Attorney<br>United States Attorney's Office |
| 6 | Email: devin@sunbird.law | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 7 | THORWARD IMMIGRATION LAW | Phone: 206-553-7970<br>Email: sarah.morehead@usdoj.gov |
| 8 | *s/ Minda Thorward* | *s/ Gladys M. Steffens Guzmán* |
| 9 | Minda Thorward, WSBA No. 47594<br>5600 Rainier Ave. S., Suite 208 | Gladys M. Steffens Guzmán, PR Bar No. 14250 |
| 10 | Seattle, WA 98118<br>Phone: (206) 607-7976 | United States Department of Justice<br>Civil Division, Office of Immigration Litigation |
| 11 | Email: minda@thorwardimmigrationlaw.com | P.O. Box 868 Ben Franklin Station |
| 12 | Attorneys for Plaintiff | Washington, DC 20044<br>Email: gladys.steffens-guzman@usdoj.gov |
| 13 | | Attorney for Defendants |

## ORDER

The parties having so stipulated, IT IS ORDERED that parties' deadline to file any objections to the Report and Recommendation is extended to March 9, 2018.

Dated this 6th day of February, 2018

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge