UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALAMARYUK, by and through his parent and next friend, AVRAM PALAMARYUK,

Plaintiff,

v.

ELAINE DUKE, et al.,

Defendants.

Case No. C17-441-MJP-JPD

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendants' motion to dismiss, Dkt. 21, is GRANTED in part and DENIED in part. Plaintiff's Administrative Procedures Act claim is DISMISSED with prejudice. Plaintiff may proceed with his Rehabilitation Act and Due Process claims.

(3) This matter is RE-REFERRED to Judge Donohue for further proceedings.

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION TO DISMISS - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 12th day of March, 2018.

Marsha J. Pechman
United States District Judge

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION TO DISMISS - 2