UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PALAMARYUK,<br><br>                  Plaintiff,<br><br>     v.<br><br>KIRSTJEN NIELSON,[1] Secretary of the United States Department of Homeland Security; THOMAS D. HOMAN, Acting Director, Immigration and Customs Enforcement and BRYAN WILCOX, Acting Field Office Director, Immigration and Customs Enforcement, Seattle Field Office,<br><br>                 Defendants. | CASE NO. C17-441-MJP-JPD<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>Note on Motion Calendar:<br><br>March 14, 2018 |

Plaintiff and Defendants have conferred and agree as follows:

1. Defendants agree that Plaintiff will remain housed at the Northwest Detention Center in Tacoma, Washington until any one of the following events occurs:

    a. Defendants release Plaintiff from detention; or

---

[1] Kirstjen Nielson has been sworn in as Secretary of the United States Department of Homeland Security. Pursuant to Fed. R. Civ. P. 25(d), she is automatically substituted for Elaine Duke as the proper party in her official capacity.

Stipulation and Order of Dismissal
C17-441-MJP-JPD - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. Plaintiff has a final removal order for which the 30 day appeal window under 8 U.S.C. § 1252(b)(1) has lapsed and Plaintiff has not received a judicial stay of removal; or

c. Plaintiff has a final removal order and has waived appeal; or

d. The judicial stay of removal is no longer in effect; or

e. The agency determines that it must transfer plaintiff to another facility for his own health. Should a medical emergency arise, the Agency will transfer Plaintiff to another facility for treatment if he cannot be effectively treated at the Northwest Detention Center. Upon resolution of the health crisis or concerns, and as soon as practicable, the Agency will return the Plaintiff to the Northwest Detention Center.

2. The Parties agree that pursuant to the Equal Access to Justice Act and the Rehabilitation Act, the United States will pay to plaintiff's counsel attorney's fees in the amount of $17,500 (the "Attorney's Fees"). Other than the Attorney's Fees specified herein, plaintiff is not entitled to further fees, costs, or damages of any kind.

3. The parties further agree that neither party admits any wrongdoing in this matter. The parties are entering into this stipulation of resolution to avoid further litigation.

4. This matter can be dismissed with prejudice.

5. This Court retains jurisdiction to enforce the terms of this stipulation.

//
//

Stipulation and Order of Dismissal
C17-441-MJP-JPD - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted this 14th day of March, 2018.

| | |
|---|---|
| Dated this 14th day of March, 2018. | Dated this 14th day of March, 2018. |
| SUNBIRD LAW, PLLC | ANNETTE L. HAYES<br>United States Attorney |
| *s/ Devin T. Theriot-Orr*<br>Devin T. Theriot-Orr, WSBA 33995<br>1000 Fourth Ave., Suite 3200<br>Seattle, WA 98154<br>Phone: (206) 962-5052<br>Email: devin@sunbird.law | *s/ Sarah K. Morehead*<br>SARAH K. MOREHEAD, WSBA No. 29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: sarah.morehead@usdoj.gov |
| THORWARD IMMIGRATION LAW, PLLC | |
| *s/ Minda Thorward*<br>Minda Thorward, WSBA No. 47594<br>5600 Rainier Ave. S., Suite 208<br>Seattle, WA 98118<br>Phone: (206) 607-7976<br>Email: minda@thorwardimmigrationlaw.com | *s/ Gladys M. Steffens Guzmán*<br>Gladys M. Steffens Guzmán, PR Bar No. 14250<br>United States Department of Justice<br>Civil Division, Office of Immigration Litigation<br>P.O. Box 868 Ben Franklin Station<br>Washington, DC 20044<br>Email: gladys.steffens-guzman@usdoj.gov |
| Attorneys for Plaintiff | Attorney for Defendants |

## **ORDER**

The parties having so stipulated, IT IS ORDERED. This matter is dismissed with prejudice under the terms set forth above.

Dated this 15th day of March, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

Stipulation and Order of Dismissal
C17-441-MJP-JPD - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970